UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,              Civil Action No. 24-11439

v.                                      David R. Grand[1]
                                      United States Magistrate Judge

DAVID JANKOWSKI, *et al.*,

                    Defendants.
_____/

### ORDER DENYING DAVID JANKOWSKI'S MOTION FOR TURNOVER OF REAL PROPERTY LOCATED AT 301 NORTH SHORE, SOUTH HAVEN, MICHIGAN 48090 (ECF No. 86)

**Background**

The Court has explained in detail the relevant background of this matter (ECF No. 34, PageID.127-132; ECF No. 46, PageID.288-290), which it incorporates herein by reference. For purposes of this Order, it suffices to say that: (1) the United States of America commenced this action to foreclose a criminal judgment lien (the "Lien") it holds on real property owned by David Jankowski ("Jankowski") located at 301 N. Shore, South Haven, Michigan 48090 (the "Property"); (2) on July 28, 2025, the Court granted the United States' motion for summary judgment, ordering that "Jankowski (and/or his family) shall have until **August 8, 2025**, to purchase the Property on terms mutually agreeable to the United States," and that "[i]n the event Jankowski and/or members of Jankowski's family do not purchase the Property by Friday, August 8, 2025, the United States shall

_____

[1] The parties have consented to my authority pursuant to 28 U.S.C. § 636(c). (ECF No. 16).

apply the proceeds of the sale of the Property to Jankowski's Restitution Judgment in *United States v. Jankowski*, 2:17-cr-20401" (ECF No. 34, PageID.135 (emphasis in original); ECF No. 46, PageID.293); (3) Jankowski (and/or members of his family) did not purchase the Property, and the United States is preparing to close on a sale to a third-party buyer in the immediate future (ECF No. 81, PageID.488), has filed a "Motion for Entry of Order Confirming and/or Authorizing Sale of [the Property]," and has submitted a proposed "Order Confirming and Authorizing" that sale which addresses how the sale proceeds shall be distributed (the "Proposed Order"); and (4) on February 10, 2026, Jankowski filed a "Motion for Turnover of [the Property]" (the "Turnover Motion"). (ECF No. 86). The United States filed a response to Jankowski's motion on February 13, 2026. (ECF No. 90).

For the reasons discussed below, the Court will deny Jankowski's motion.

**Discussion**

In his Turnover Motion, Jankowski asks the Court to order the United States Marshals Service ("USMS") to "immediately turn over possession and control of the [Property] … to Stephen Jankowski, who will possess the property." (ECF No. 86, PageID.545). In support of his Turnover Motion, Jankowski asserts that there are "liens encumbering the [P]roperty [] totaling $4,203,687, plus roughly $400,000 to Fifth Third Bank and $50,000 in property taxes to the [C]ity of South Haven, which exceeds the [P]roperty's purported sale price of $3,700,000 and on this basis, the government no longer has an equitable position[] permitting continued sale or retention of possession." (*Id.*). Thus, Jankowski asks that the Property be turned over to his son. (*Id.*).

2

In support of the Turnover Motion, Jankowski provides an Affidavit of Truth, in which he avers that in October 2025, the Assistant United States Attorneys working on this case "requested payoffs of liens" on the Property, and that on November 12, 2025, Jankowski sent them certain documents that he attaches to his Turnover Motion.  (*Id.*, PageID.547).  Jankowski further avers that those documents "demonstrated priority of liens were perfected and [are] superior to the government [Lien]." (*Id.*).  Specifically, he avers that on April 25, 2007, a judgment was entered against him in favor of Comerica Bank in the amount of $3,485,586.70, that after interest charges and credits, as of November 27, 2007, the balance due to Comerica was $869,153.48, and that in March 2008, Mary Grace Jankowski (Jankowski's mother) "purchased the Judgement (sic) from Comerica" for $915,000 plus continuing statutory interest." (*Id.*, PageID.552, 553).  Jankowski claims that he has made no payments to Mary Grace Jankowski and that the "cumulative amount accrued to date of principal and interest is $2,611,720.00." (*Id.*, PageID.552).  Jankowski also contends that another entity, PJANPS, LLC ("PJANPS") "was granted a security interest by a mortgage for the [Property]," and that on March 15, 2013, PJANPS "assigned and transferred all security interest in the [P]roperty … to MDS I and MDS II …." (*Id.*, PageID.557).  He claims the "current balance payable to MDS I and MDS II … totals $1,591,967.68." (*Id.*).  The two combined amounts – $2,611,720 to Mary Grace Jankowski and $1,591,967.68 to MDS I/MDS II – comprise the above-referenced purported lien total of "$4,203,687."  Thus, because the total value of those two liens "far exceeds the [P]roperty's purported sale price of $3,700,000," Jankowski asserts that the United States "no longer has any equitable interest" in the Property and thus "cannot sell" it.

3

(*Id.*.PageID.548) (emphasis in original). For this reason, Jankowski asserts that the Property should be turned over to his son, Stephen Jankowski.

Having considered the facts and arguments set forth in Jankowski's Turnover Motion, which he makes for the first time virtually on the eve of the private sale,[2] the Court is not persuaded that the Property should not be sold by the USMS at this time. This is primarily because, in the Turnover Motion, Jankowski attempts to raise the interests and purported rights of potential third-party lien holders – PJANPS, LLC; MDS I, LLC; MDS II, LLC; and Mary Grace Jankowski – and he lacks standing to do so.[3]

A party "generally must assert his own legal rights and interests, and cannot rest his claim to relief on the legal rights or interests of third parties." *Kowalski v. Tesmer*, 543 U.S. 125, 129 (2004) (internal quotations omitted). There are exceptions to this general rule if a party can make two additional showings: that "the party asserting the right has a 'close' relationship with the person who possesses the right; and (2) that "a 'hindrance' [exists] to the possessor's ability to protect his own interests." *Id.* at 129-30 (quoting

---

[2] In his response to the United States' summary judgment motion, Jankowski merely argued that summary judgment should be denied because his § 2255 motion (which has since been denied) was pending, and that in the alternative, the Court should allow him "to sell the [P]roperty privately" so that the sale could "bring in top dollar." (ECF No. 28, PageID.103-05).

[3] The Court notes that the United States filed its Motion for Entry of Order Confirming and/or Authorizing Sale of the Property on December 19, 2025. (ECF No. 74). After Jankowski filed motions seeking an extension of time to respond to this motion (ECF Nos. 78, 79), the Court granted him a brief extension, indicating that "his response **must be received** by the Court by **February 6, 2026**." (ECF No. 82, PageID.495) (emphasis in original). However, the Court did not receive Jankowski's Turnover Motion until February 10, 2026; thus, the motion was untimely and could be denied on that basis alone. *See, e.g., Albright v. Ascension Mich.*, No. 1:22-cv-638, 2024 WL 4113312, at *3 (W.D. Mich. Aug. 1, 2024). However, the Court will consider the merits of Jankowski's Turnover Motion.

4

*Powers v. Ohio*, 499 U.S. 400, 411 (1991)).

Here, Jankowski brings the Turnover Motion on behalf of himself, but he is attempting to assert the rights of third parties in arguing for a "turn over" of the Property. Although alleged in prior filings by the United States that PJANPS, LLC and Mary Grace Jankowski are related parties of Jankowski (ECF No. 74, PageID.427), Jankowski himself does not admit to any "close" relationship with these third parties. Moreover, although related to Jankowski in some respects, none of the alleged potentially interested third parties have been hindered in protecting their potential interests in the Property, because the individual and the other entities[4] (or their agents) are all represented by Mary Grace Jankowski (through counsel) and have participated in related Jankowski litigation as early as 2023.[5]

As the United States indicated in its pending Motion for Entry of Order Confirming and/or Authorizing Sale of the Property, it has attempted to communicate with counsel for Mary Grace Jankowski on behalf of PJANPS, LLC, as it has been verified that she is a representative of that entity.  (ECF No. 74, PageID.426-27).  However, when the United States sought information from PJANPS, LLC and/or its identified representatives, no

---

[4] MDS I, LLC's registered agent is Mary Jankowski.  The United States asserts that it has been unable to find any record of any entity registered in the State of Michigan as MDS II, LLC, and submits it to be "at best a typo or at worst a fictional entity."  (ECF No. 90, PageID.592).  The Court's own search did not reveal an entity by the name MDS II, LLC registered with the State of Michigan.

[5] *See United States v. Jankowski, et al.*, No. 23-mc-51094, ECF No. 3 (Mary Jankowski on behalf of MDS I, LLC, represented by counsel); *United States v. Jankowski, et al.*, No. 23-mc-51036, ECF No. 112 (Mary Jankowski, represented by counsel); *United States v. Jankowski, et al.*, No. 24-mc-50222, ECF No. 2 (Mary Jankowski, represented by counsel).

response was received, and the United States was forced to file a quiet title action in this Court. *See United States v. PJANPS, LLC,* No. 25-13472 ("*PJANPS Quiet Title Case*"). On January 15, 2026, a default was entered in that action as to PJANPS, LLC, and the United States' Motion for Entry of Default Judgment against PJANPS, LLC, is pending. *PJANPS Quiet Title Case*, ECF Nos. 12, 14. For all these reasons, Jankowski does not have standing to assert the interests of PJANPS, LLC; MDS I, LLC; MDS II, LLC; or Mary Grace Jankowski. Thus, there is no basis to grant his Turnover Motion.

Finally, Jankowski maintains that his motion should be granted because "the restitution i[is] paid in full." (ECF No. 86, PageID.549) (emphasis in original). Exhibit IV to Jankowski's motion purports to illustrate an outstanding restitution balance of only $1,825,844.11, which is significantly less than the $3,700,000 sale price of the Property. (*Id.*, PageID.573).[6] However, the United States explains that the $1,825,844.11 figure is merely Jankowski's "annual garnishment accounting for 2025." (ECF No. 90, PageID.596). Indeed, records of the Clerk of the Court, which is the official recordkeeper of criminal monetary payments under 18 U.S.C. § 3612(a), reflect Jankowski's restitution balance as of February 13, 2026, is $4,183,031.01. *See* attached Exhibit A. Thus, Jankowski still owes significant restitution, which further supports denial of his Turnover

---

[6] According to the United States, pursuant to 28 U.S.C. § 3205(c)(9)(A), it provides debtors with an annual accounting of garnished funds. (ECF No. 90, PageID.596). Jankowski's Exhibit IV appears to be his annual garnishment accounting for 2025, which was provided by the United States Attorney's Office ("USAO"). (ECF No. 86, PageID.572-74). The United States clarifies that Jankowski's balance with the USAO has not yet been adjusted to account for the movement of funds from the Clerk's Office to the USMS for application to his forfeiture money judgment. *See United States v. Jankowski*, No. 17-cr-20401, ECF No. 356.

Motion.

## Conclusion

For the reasons stated above, **IT IS ORDERED** that Jankowski's Turnover Motion

**(ECF No. 86)** is **DENIED**.


Dated: February 13, 2026                           s/David R. Grand
Ann Arbor, Michigan                                DAVID R. GRAND
                                                   United States Magistrate Judge


### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 13, 2026.

                                                   s/Julie Owens
                                                   JULIE OWENS
                                                    Case Manager

# EXHIBIT A

**Case Inquiry-All**

| Parameter | Value |
|---|---|
| Case Number | DMIE217CR020401 |
| Party Number | |
| Payee Code | |
| Display Party Detail | Y - Print Party Details |
| Display Payee Detail | Y - Print Payee Details |
| Display Transactions | Y - Print Transaction History |

**U.S. Courts**
**Case Inquiry Report**
Case Num: DMIE217CR020401;   Party Num: N/A;   Payee Code: N/A

Show Party Details: Y;   Show Payee Details: Y;   Show Transactions: Y

Case Number   DMIE217CR020401                  Case Title        USA V JANKOWSKI E'

**Summary Party Information:**

| Party # | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | 23PP035473 | DAVID JANKOWSKI | MIEA3234 | VICTIM RESTITUTION | | 0.00 | 0.00 | 0.00 |
| 001 | 23PP035473 | DAVID JANKOWSKI | MIEA3234 | SPECIAL PENALTY ASSESSMENT | | 3,000.00 | 3,000.00 | 0.00 |
| 001 | 23PP035473 | DAVID JANKOWSKI | MIEA3234 | FEDERAL RESTITUTION | | 3,699,999.00 | 695,430.91 | 3,004,568.09 |
| 001 | 23PP035473 | DAVID JANKOWSKI | MIEA3234 | TREASURY REGISTRY | | 2,684,161.45 | 2,700,303.22 | 0.00 |
| 001 | 23PP035473 | DAVID JANKOWSKI | MIEA3234 | FEDERAL J&S RESTITUTION | DMIE217CR020401/A | 1,500,001.00 | 321,538.08 | 1,178,462.92 |
| | | | | | | 7,887,161.45 | 3,720,272.21 | 4,183,031.01 |
| 002 | 23PP040008 | HASSAN HAMDAN | MIEA3297 | SPECIAL PENALTY ASSESSMENT | | 200.00 | 200.00 | 0.00 |
| 002 | 23PP040008 | HASSAN HAMDAN | MIEA3297 | FEDERAL J&S RESTITUTION | DMIE217CR020401/A | 1,500,001.00 | 321,538.08 | 1,178,462.92 |
| | | | | | | 1,500,201.00 | 321,738.08 | 1,178,462.92 |

**Summary Payee Information:**

| Payee/Adr Code | Payee Name | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|
| 25PP045006/1 | RUBIN FRAMPTON | 460,000.00 | 460,000.00 | 0.00 |
| IPACCMS/1 | CENTER FOR MEDICARE AND MEDICAID SERVICES | 3,699,999.00 | 1,905,754.63 | 3,699,999.00 |
| IPACCMS/1 | CENTER FOR MEDICARE AND MEDICAID SERVICES | 1,500,001.00 | 778,406.82 | 1,500,001.00 |
| IPACUSMAFD/1 | US MARSHAL SERVICE ASSET FORFEITURE DIVISION | 2,224,161.45 | 2,240,303.22 | 0.00 |
| | | 7,884,161.45 | 5,384,464.67 | 5,200,000.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|
| 254075409 | TREASURY DEPARTMENT FCU | CRIS | CRIS | 0.00 |
| 254075409 | TREASURY DEPARTMENT FCU | Treasury | 604700 | 0.00 |

2/13/2026 10:15:00                                                                                    Page 2 of 23

**U.S. Courts**
**Case Inquiry Report**
**Case Num:** DMIE217CR020401;   **Party Num:** N/A;   **Payee Code:** N/A
**Show Party Details:** Y;   **Show Payee Details:** Y;   **Show Transactions:** Y

**Detailed Party Information:**

| Party # | Party Code | Party Name | Debt Type |
| --- | --- | --- | --- |
| 001 | 23PP035473 | DAVID JANKOWSKI | VICTIM RESTITUTION |

| | Principal | Interest | Penalty | Total |
| --- | --- | --- | --- | --- |
| **Fund** | 6855XX | 6855XX | 6855XX | N/A |
| **Owed** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Collected** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Outstanding** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 0.00 | 0.00 | N/A | 0.00 |

SPECIAL PENALTY ASSESSMENT

| | Principal | Interest | Penalty | Total |
| --- | --- | --- | --- | --- |
| **Fund** | 504100 | | | N/A |
| **Owed** | 3,000.00 | 0.00 | 0.00 | 3,000.00 |
| **Collected** | 3,000.00 | 0.00 | 0.00 | 3,000.00 |
| **Outstanding** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 3,000.00 | 0.00 | N/A | 3,000.00 |

FEDERAL RESTITUTION

| | Principal | Interest | Penalty | Total |
| --- | --- | --- | --- | --- |
| **Fund** | 6855XX | 6855XX | 6855XX | N/A |
| **Owed** | 3,699,999.00 | 0.00 | 0.00 | 3,699,999.00 |
| **Collected** | 695,430.91 | 0.00 | 0.00 | 695,430.91 |
| **Outstanding** | 3,004,568.09 | 0.00 | 0.00 | 3,004,568.09 |

**U.S. Courts**
**Case Inquiry Report**
**Case Num:** DMIE217CR020401;   **Party Num:** N/A;   **Payee Code:** N/A
**Show Party Details:** Y;   **Show Payee Details:** Y;   **Show Transactions:** Y

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Apportioned | 644,191.51 | 0.00 | N/A | 644,191.51 |
| Paid | 1,905,754.63 | 0.00 | N/A | 1,905,754.63 |
| Refunded | 1,905,754.63 | 0.00 | N/A | 1,905,754.63 |
| Available | 51,239.40 | 0.00 | N/A | 51,239.40 |

TREASURY REGISTRY

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Fund | 604700 | | | N/A |
| Owed | 2,684,161.45 | 0.00 | 0.00 | 2,684,161.45 |
| Collected | 2,684,161.45 | 16,141.77 | 0.00 | 2,700,303.22 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 2,684,161.45 | 16,141.77 | N/A | 2,700,303.22 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 0.00 | 0.00 | N/A | 0.00 |

FEDERAL J&S RESTITUTION

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Fund | 6855XX | | | N/A |
| Owed | 1,500,001.00 | 0.00 | 0.00 | 1,500,001.00 |
| Collected | 321,538.08 | 0.00 | 0.00 | 321,538.08 |
| Outstanding | 1,178,462.92 | 0.00 | 0.00 | 1,178,462.92 |
| Apportioned | 294,720.79 | 0.00 | N/A | 294,720.79 |
| Paid | 778,406.82 | 0.00 | N/A | 778,406.82 |
| Refunded | 778,406.82 | 0.00 | N/A | 778,406.82 |
| Available | 26,817.29 | 0.00 | N/A | 26,817.29 |

002          23PP040008          HASSAN HAMDAN

SPECIAL PENALTY ASSESSMENT

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Fund | 504100 | | | N/A |
| Owed | 200.00 | 0.00 | 0.00 | 200.00 |

**U.S. Courts**
**Case Inquiry Report**
**Case Num:** DMIE217CR020401;   **Party Num:** N/A;   **Payee Code:** N/A
**Show Party Details:** Y;   **Show Payee Details:** Y;   **Show Transactions:** Y

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Collected** | 200.00 | 0.00 | 0.00 | 200.00 |
| **Outstanding** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 200.00 | 0.00 | N/A | 200.00 |

FEDERAL J&S RESTITUTION

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Fund** | 6855XX |  |  | N/A |
| **Owed** | 1,500,001.00 | 0.00 | 0.00 | 1,500,001.00 |
| **Collected** | 321,538.08 | 0.00 | 0.00 | 321,538.08 |
| **Outstanding** | 1,178,462.92 | 0.00 | 0.00 | 1,178,462.92 |
| **Apportioned** | 294,720.79 | 0.00 | N/A | 294,720.79 |
| **Paid** | 778,406.82 | 0.00 | N/A | 778,406.82 |
| **Refunded** | 778,406.82 | 0.00 | N/A | 778,406.82 |
| **Available** | 26,817.29 | 0.00 | N/A | 26,817.29 |

Totals

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Owed** | 7,887,361.45 | 0.00 | 0.00 | 7,887,361.45 |
| **Collected** | 3,704,330.44 | 16,141.77 | 0.00 | 3,720,472.21 |
| **Outstanding** | 4,183,031.01 | 0.00 | 0.00 | 4,183,031.01 |
| **Apportioned** | 938,912.30 | 0.00 | N/A | 938,912.30 |
| **Paid** | 5,368,322.90 | 16,141.77 | N/A | 5,384,464.67 |
| **Refunded** | 2,684,161.45 | 0.00 | N/A | 2,684,161.45 |
| **Available** | 81,256.69 | 0.00 | N/A | 81,256.69 |

**Detailed Payee Information:**

| Payee/Adr Code | Payee Name |
|---|---|

**U.S. Courts**
**Case Inquiry Report**
**Case Num:** DMIE217CR020401;   **Party Num:** N/A;   **Payee Code:** N/A
**Show Party Details:** Y;   **Show Payee Details:** Y;   **Show Transactions:** Y

**Payee Address**

25PP045006/1 — RUBIN FRAMPTON

| | Principal | Interest | Total |
|---|---|---|---|
| **Owed** | 460,000.00 | N/A | 460,000.00 |
| **Paid** | 460,000.00 | 0.00 | 460,000.00 |
| **Refunded** | 0.00 | 0.00 | 0.00 |
| **Outstanding** | 0.00 | N/A | 0.00 |
| **Apportioned** | 0.00 | 0.00 | 0.00 |

600 S. ADAMS
SUITE 300
BIRMINGHAM, MI 48009

IPACCMS/1 — CENTER FOR MEDICARE AND MEDICAID SERVICES

| | Principal | Interest | Total |
|---|---|---|---|
| **Owed** | 3,699,999.00 | N/A | 3,699,999.00 |
| **Paid** | 1,905,754.63 | 0.00 | 1,905,754.63 |
| **Refunded** | 1,905,754.63 | 0.00 | 1,905,754.63 |
| **Outstanding** | 3,699,999.00 | N/A | 3,699,999.00 |
| **Apportioned** | 644,191.51 | 0.00 | 644,191.51 |

Mailstop C3-09-27
7500 SECURITY BOULEVARD
BALTIMORE, MD 21244-1850

IPACCMS/1 — CENTER FOR MEDICARE AND MEDICAID SERVICES

| | Principal | Interest | Total |
|---|---|---|---|
| **Owed** | 1,500,001.00 | N/A | 1,500,001.00 |
| **Paid** | 778,406.82 | 0.00 | 778,406.82 |
| **Refunded** | 778,406.82 | 0.00 | 778,406.82 |
| **Outstanding** | 1,500,001.00 | N/A | 1,500,001.00 |
| **Apportioned** | 294,720.79 | 0.00 | 294,720.79 |

Mailstop C3-09-27
7500 SECURITY BOULEVARD
BALTIMORE, MD 21244-1850

IPACUSMAFD/1 — US MARSHAL SERVICE ASSET FORFEITURE DIVISION

| | Principal | Interest | Total |
|---|---|---|---|
| **Owed** | 2,224,161.45 | N/A | 2,224,161.45 |
| **Paid** | 2,224,161.45 | 16,141.77 | 2,240,303.22 |
| **Refunded** | 0.00 | 0.00 | 0.00 |
| **Outstanding** | 0.00 | N/A | 0.00 |
| **Apportioned** | 0.00 | 0.00 | 0.00 |

AFD.ThirdPartyPayments@usdoj.gov
THunt@usms.doj, 202-246-0410 ASSET FO
ALC 15180001, TAS 15X5042, BETC COL
WASHINGTON, DC 20530-0001

**U.S. Courts**
**Case Inquiry Report**

**Case Num:** DMIE217CR020401;  **Party Num:** N/A;  **Payee Code:** N/A

**Show Party Details:** Y;  **Show Payee Details:** Y;  **Show Transactions:** Y

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line # | Debt Type | | Payee Line # | Depository Line # | Check Number | | | |
| CTC MIECCA23-DET150005262 | 12-May-23 | 12-May-23 | PR | 2,684,161.45 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 1 | VICTIM RESTITUTION | | | | | | | |
| CTC P060723DMIE217CR0204010024 | 07-Jun-23 | 07-Jun-23 | PR | 200.00 | HASSAN HAMDAN | | O | PG04 | 504100 |
| DMIE217CR020401-002 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | | | |
| CQC MIECCA23-00129 | 15-Jun-23 | 15-Jun-23 | PR | 778,406.82 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CQC MIECCA23-00129 | 15-Jun-23 | 15-Jun-23 | PR | 1,905,754.63 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | |
| CQC MIECCA23-00129 | 15-Jun-23 | 15-Jun-23 | PR | (2,684,161.45) | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 1 | VICTIM RESTITUTION | | | | | | | |
| CTC P070523DMIE217CR0204010022 | 01-Jul-23 | 01-Jul-23 | PR | 50.00 | HASSAN HAMDAN | | O | PG06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA23-DET150005950 | 05-Jul-23 | 05-Jul-23 | PR | 22,657.09 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | |
| CTC MIECCA23-DET150005950 | 05-Jul-23 | 05-Jul-23 | PR | 9,185.31 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA23-DET150005950 | 05-Jul-23 | 05-Jul-23 | PR | 3,000.00 | DAVID JANKOWSKI | | O | 04 | 504100 |
| DMIE217CR020401-001 | 2 | SPECIAL PENALTY ASSESSMENT | | | | | | | |
| CTC MIECCA23-DET150005979 | 06-Jul-23 | 06-Jul-23 | PR | 5,550.00 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | |
| CTC MIECCA23-DET150005979 | 06-Jul-23 | 06-Jul-23 | PR | 2,250.00 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA23-DET150006259 | 24-Jul-23 | 24-Jul-23 | PR | 88,924.50 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | |
| CTC MIECCA23-DET150006259 | 24-Jul-23 | 24-Jul-23 | PR | 36,050.50 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC P072823DMIE217CR02040100215 | 28-Jul-23 | 28-Jul-23 | PR | 50.00 | HASSAN HAMDAN | | O | PG06 | 6855XX |

**U.S. Courts**
**Case Inquiry Report**
**Case Num:** DMIE217CR020401;   **Party Num:** N/A;   **Payee Code:** N/A

**Show Party Details:** Y;   **Show Payee Details:** Y;   **Show Transactions:** Y

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line # | Debt Type | Payee Line # | | Depository Line # | Check Number | | |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| IPT MIECCA23-01536 | 17-Aug-23 | 17-Aug-23 | PR | 778,406.82 | CENTER FOR MEDICARE AND MEDICAID SERVICES | O | 03 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | 1 | | | | | |
| IPT MIECCA23-01546 | 17-Aug-23 | 17-Aug-23 | PR | 1,905,754.63 | CENTER FOR MEDICARE AND MEDICAID SERVICES | O | 03 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | 1 | | | | | |
| CTC P082623DMIE217CR0204010023 | 26-Aug-23 | 26-Aug-23 | PR | 50.00 | HASSAN HAMDAN | O | PG06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA23-DET150006790 | 01-Sep-23 | 01-Sep-23 | PR | 3,487.31 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC MIECCA23-DET150006790 | 01-Sep-23 | 01-Sep-23 | PR | 1,413.77 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA23-DET150006892 | 07-Sep-23 | 07-Sep-23 | PR | 3,461.54 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA23-DET150006892 | 07-Sep-23 | 07-Sep-23 | PR | 8,538.46 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC MIECCA23-DET150007091 | 20-Sep-23 | 20-Sep-23 | PR | 1,905,754.63 | CENTER FOR MEDICARE AND MEDICAID SERVICES | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | 1 | | | | | |
| CTC MIECCA23-DET150007091 | 20-Sep-23 | 20-Sep-23 | PR | 778,406.82 | CENTER FOR MEDICARE AND MEDICAID SERVICES | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | 1 | | | | | |
| CTC P092823DMIE217CR02040100213 | 28-Sep-23 | 28-Sep-23 | PR | 50.00 | HASSAN HAMDAN | O | PG06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA24-DET150007545 | 19-Oct-23 | 19-Oct-23 | PR | 206,829.45 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC MIECCA24-DET150007545 | 19-Oct-23 | 19-Oct-23 | PR | 83,849.85 | DAVID JANKOWSKI | O | 06 | 6855XX |

**U.S. Courts**
**Case Inquiry Report**
Case Num: DMIE217CR020401;   Party Num: N/A;   Payee Code: N/A

Show Party Details: Y;   Show Payee Details: Y;   Show Transactions: Y

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line # | Debt Type | Payee Line # | Depository Line # | Check Number | | | |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA24-DET150007651 | 27-Oct-23 | 27-Oct-23 | PR | 477.97 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC MIECCA24-DET150007651 | 27-Oct-23 | 27-Oct-23 | PR | 193.77 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC P102823DMIE217CR0204010024 | 28-Oct-23 | 28-Oct-23 | PR | 50.00 | HASSAN HAMDAN | O | PG06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA24-DET150007881 | 15-Nov-23 | 15-Nov-23 | PR | 29.35 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA24-DET150007881 | 15-Nov-23 | 15-Nov-23 | PR | 1,442.31 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA24-DET150007881 | 15-Nov-23 | 15-Nov-23 | PR | 3,557.69 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC MIECCA24-DET150007881 | 15-Nov-23 | 15-Nov-23 | PR | 72.39 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC MIECCA24-DET150008186 | 07-Dec-23 | 07-Dec-23 | PR | 600.00 | HASSAN HAMDAN | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA24-DET150008285 | 11-Dec-23 | 11-Dec-23 | PR | 11,105.78 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA24-DET150008285 | 11-Dec-23 | 11-Dec-23 | PR | 27,394.22 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC MIECCA24-DET150008329 | 14-Dec-23 | 14-Dec-23 | PR | 600.00 | HASSAN HAMDAN | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA24-DET150008336 | 14-Dec-23 | 14-Dec-23 | PR | 13,235.72 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC MIECCA24-DET150008336 | 14-Dec-23 | 14-Dec-23 | PR | 5,365.84 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |

**U.S. Courts**
**Case Inquiry Report**
**Case Num:** DMIE217CR020401;   **Party Num:** N/A;   **Payee Code:** N/A

**Show Party Details:** Y;   **Show Payee Details:** Y;   **Show Transactions:** Y

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line # | Debt Type | Payee Line # | | Depository Line # | Check Number | | |
| CTC MIECCA24-DET150008419 | 21-Dec-23 | 21-Dec-23 | PR | 1,221.56 | HASSAN HAMDAN | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA24-DET150008498 | 27-Dec-23 | 27-Dec-23 | PR | 600.00 | HASSAN HAMDAN | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA24-DET150008668 | 11-Jan-24 | 11-Jan-24 | PR | 600.00 | HASSAN HAMDAN | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA24-DET150008676 | 11-Jan-24 | 11-Jan-24 | PR | 3,461.54 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA24-DET150008676 | 11-Jan-24 | 11-Jan-24 | PR | 8,538.46 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC MIECCA24-DET150008731 | 11-Jan-24 | 11-Jan-24 | PR | 1,586.54 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA24-DET150008731 | 11-Jan-24 | 11-Jan-24 | PR | 3,913.46 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC B011824DMIE217CR020401001180 | 18-Jan-24 | 18-Jan-24 | PR | 14.42 | DAVID JANKOWSKI | O | IP2 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC B011824DMIE217CR020401001180 | 18-Jan-24 | 18-Jan-24 | PR | 35.58 | DAVID JANKOWSKI | O | IP2 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC MIECCA24-DET150008868 | 24-Jan-24 | 24-Jan-24 | PR | 600.00 | HASSAN HAMDAN | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA24-DET150009059 | 07-Feb-24 | 07-Feb-24 | PR | 600.00 | HASSAN HAMDAN | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA24-DET150009065 | 07-Feb-24 | 07-Feb-24 | PR | 1,586.54 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA24-DET150009065 | 07-Feb-24 | 07-Feb-24 | PR | 3,913.46 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC MIECCA24-DET150009211 | 16-Feb-24 | 16-Feb-24 | PR | 512.31 | DAVID JANKOWSKI | O | 06 | 6855XX |

**U.S. Courts**
**Case Inquiry Report**
**Case Num:** DMIE217CR020401;   **Party Num:** N/A;   **Payee Code:** N/A
**Show Party Details:** Y;   **Show Payee Details:** Y;   **Show Transactions:** Y

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line # | Debt Type | Payee Line # | | Depository Line # | Check Number | | |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC MIECCA24-DET150009211 | 16-Feb-24 | 16-Feb-24 | PR | 207.69 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA24-DET150009306 | 27-Feb-24 | 27-Feb-24 | PR | 600.00 | HASSAN HAMDAN | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA24-DET150009457 | 05-Mar-24 | 05-Mar-24 | PR | 1,586.54 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA24-DET150009457 | 05-Mar-24 | 05-Mar-24 | PR | 3,913.46 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC MIECCA24-DET150009466 | 06-Mar-24 | 06-Mar-24 | PR | 600.00 | HASSAN HAMDAN | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA24-DET150009631 | 19-Mar-24 | 19-Mar-24 | PR | 600.00 | HASSAN HAMDAN | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA24-DET150009803 | 03-Apr-24 | 03-Apr-24 | PR | 600.00 | HASSAN HAMDAN | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC B040424DMIE217CR020401001190 | 04-Apr-24 | 04-Apr-24 | PR | 35.58 | DAVID JANKOWSKI | O | IP2 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC B040424DMIE217CR020401001190 | 04-Apr-24 | 04-Apr-24 | PR | 14.42 | DAVID JANKOWSKI | O | IP2 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA24-DET150009857 | 05-Apr-24 | 05-Apr-24 | PR | 1,586.54 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA24-DET150009857 | 05-Apr-24 | 05-Apr-24 | PR | 3,913.46 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC T041124DMIE217CR02040100248 | 11-Apr-24 | 26-Apr-24 | PR | 576.72 | HASSAN HAMDAN | O | TOP2 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA24-DET150010003 | 16-Apr-24 | 16-Apr-24 | PR | 600.00 | HASSAN HAMDAN | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |

**U.S. Courts**
**Case Inquiry Report**
**Case Num:** DMIE217CR020401; **Party Num:** N/A; **Payee Code:** N/A

**Show Party Details:** Y; **Show Payee Details:** Y; **Show Transactions:** Y

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line # | Debt Type | Payee Line # | | Depository Line # | Check Number | | | |
| CTC MIECCA24-DET150010135 | 24-Apr-24 | 24-Apr-24 | PR | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA24-DET150010315 | 08-May-24 | 08-May-24 | PR | 1,586.54 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA24-DET150010315 | 08-May-24 | 08-May-24 | PR | 3,913.46 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | |
| CTC MIECCA24-DET150010422 | 15-May-24 | 15-May-24 | PR | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA24-DET150010593 | 29-May-24 | 29-May-24 | PR | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA24-DET150010759 | 07-Jun-24 | 07-Jun-24 | PR | 1,586.54 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA24-DET150010759 | 07-Jun-24 | 07-Jun-24 | PR | 3,913.46 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | |
| CTC MIECCA24-DET150010804 | 11-Jun-24 | 11-Jun-24 | PR | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA24-DET150010950 | 25-Jun-24 | 25-Jun-24 | PR | 313.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA24-DET150011131 | 08-Jul-24 | 08-Jul-24 | PR | 3,913.46 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | |
| CTC MIECCA24-DET150011131 | 08-Jul-24 | 08-Jul-24 | PR | 1,586.54 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA24-DET150011160 | 09-Jul-24 | 09-Jul-24 | PR | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA24-DET150011175 | 10-Jul-24 | 10-Jul-24 | PR | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC B071824DMIE217CR020401001182 | 18-Jul-24 | 18-Jul-24 | PR | 213.46 | DAVID JANKOWSKI | | O | IP2 | 6855XX |

**U.S. Courts**
**Case Inquiry Report**

**Case Num:** DMIE217CR020401;   **Party Num:** N/A;   **Payee Code:** N/A

**Show Party Details:** Y;   **Show Payee Details:** Y;   **Show Transactions:** Y

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line # | Debt Type | Payee Line # | Depository Line # | | Check Number | | | |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | |
| CTC B071824DMIE217CR020401001182 | 18-Jul-24 | 18-Jul-24 | PR | 86.54 | DAVID JANKOWSKI | | O | IP2 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA24-DET150011341 | 23-Jul-24 | 23-Jul-24 | PR | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA24-DET150011541 | 06-Aug-24 | 06-Aug-24 | PR | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA24-DET150011610 | 09-Aug-24 | 09-Aug-24 | PR | 8,653.85 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA24-DET150011610 | 09-Aug-24 | 09-Aug-24 | PR | 21,346.15 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | |
| CTC MIECCA24-DET150011723 | 20-Aug-24 | 20-Aug-24 | PR | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA24-DET150011908 | 04-Sep-24 | 04-Sep-24 | PR | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA24-DET150012119 | 17-Sep-24 | 17-Sep-24 | PR | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA25-DET150012345 | 02-Oct-24 | 02-Oct-24 | PR | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA25-DET150012452 | 09-Oct-24 | 09-Oct-24 | PR | 3,913.46 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | |
| CTC MIECCA25-DET150012452 | 09-Oct-24 | 09-Oct-24 | PR | 1,586.54 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC B101724DMIE217CR020401001197 | 17-Oct-24 | 17-Oct-24 | PR | 160.02 | DAVID JANKOWSKI | | O | IP2 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | |
| CTC B101724DMIE217CR020401001197 | 17-Oct-24 | 17-Oct-24 | PR | 64.88 | DAVID JANKOWSKI | | O | IP2 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |

**U.S. Courts**
**Case Inquiry Report**
**Case Num:** DMIE217CR020401;   **Party Num:** N/A;   **Payee Code:** N/A

**Show Party Details:** Y;   **Show Payee Details:** Y;   **Show Transactions:** Y

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | | Amount | Party/Payee Name | | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line # | Debt Type | | Payee Line # | | Depository Line # | Check Number | | | |
| CTC MIECCA25-DET150012626 | 24-Oct-24 | 24-Oct-24 | PR | | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | | |
| CTC MIECCA25-DET150012721 | 30-Oct-24 | 30-Oct-24 | PR | | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | | |
| CTC P110624DMIE217CR0204010019 | 06-Nov-24 | 06-Nov-24 | PR | | 86.54 | DAVID JANKOWSKI | | O | PG06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | | |
| CTC P110624DMIE217CR0204010019 | 06-Nov-24 | 06-Nov-24 | PR | | 213.46 | DAVID JANKOWSKI | | O | PG06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | | |
| CTC MIECCA25-DET150012865 | 07-Nov-24 | 07-Nov-24 | PR | | 3,913.46 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | | |
| CTC MIECCA25-DET150012865 | 07-Nov-24 | 07-Nov-24 | PR | | 1,586.54 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | | |
| CTC MIECCA25-DET150012963 | 18-Nov-24 | 18-Nov-24 | PR | | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | | |
| CTC MIECCA25-DET150013017 | 20-Nov-24 | 20-Nov-24 | PR | | 25,768.67 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | | |
| CTC MIECCA25-DET150013017 | 20-Nov-24 | 20-Nov-24 | PR | | 10,446.77 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | | |
| CQC MIECCA25-00078 | 20-Nov-24 | 21-Nov-24 | PR | | (600.00) | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | | |
| CQC MIECCA25-00078 | 20-Nov-24 | 21-Nov-24 | PR | | 600.00 | HASSAN HAMDAN | | X | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | | |
| CTC MIECCA25-DET150013100 | 27-Nov-24 | 27-Nov-24 | PR | | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | | |
| CTC MIECCA25-DET150013235 | 06-Dec-24 | 06-Dec-24 | PR | | 1,586.54 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | | |
| CTC MIECCA25-DET150013235 | 06-Dec-24 | 06-Dec-24 | PR | | 3,913.46 | DAVID JANKOWSKI | | O | 06 | 6855XX |

**U.S. Courts**
**Case Inquiry Report**
**Case Num:** DMIE217CR020401; **Party Num:** N/A; **Payee Code:** N/A
**Show Party Details:** Y; **Show Payee Details:** Y; **Show Transactions:** Y

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line # | Debt Type | Payee Line # | Depository Line # | Check Number | | | |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC MIECCA25-DET150013309 | 12-Dec-24 | 12-Dec-24 | PR | 600.00 | HASSAN HAMDAN | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA25-DET150013486 | 27-Dec-24 | 27-Dec-24 | PR | 600.00 | HASSAN HAMDAN | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC B010725DMIE217CR020401001180 | 07-Jan-25 | 07-Jan-25 | PR | 213.46 | DAVID JANKOWSKI | O | IP2 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC B010725DMIE217CR020401001180 | 07-Jan-25 | 07-Jan-25 | PR | 86.54 | DAVID JANKOWSKI | O | IP2 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA25-DET150013643 | 13-Jan-25 | 13-Jan-25 | PR | 600.00 | HASSAN HAMDAN | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA25-DET150013835 | 24-Jan-25 | 24-Jan-25 | PR | 600.00 | HASSAN HAMDAN | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA25-DET150014018 | 06-Feb-25 | 06-Feb-25 | PR | 600.00 | HASSAN HAMDAN | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA25-DET150014183 | 20-Feb-25 | 20-Feb-25 | PR | 3,913.46 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC MIECCA25-DET150014183 | 20-Feb-25 | 20-Feb-25 | PR | 1,586.54 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA25-DET150014316 | 27-Feb-25 | 27-Feb-25 | PR | 600.00 | HASSAN HAMDAN | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA25-DET150014379 | 05-Mar-25 | 05-Mar-25 | PR | 600.00 | HASSAN HAMDAN | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA25-DET150014465 | 07-Mar-25 | 07-Mar-25 | PR | 1,586.54 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA25-DET150014465 | 07-Mar-25 | 07-Mar-25 | PR | 3,913.46 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |

**U.S. Courts**
**Case Inquiry Report**
**Case Num:** DMIE217CR020401;   **Party Num:** N/A;   **Payee Code:** N/A

**Show Party Details:** Y;   **Show Payee Details:** Y;   **Show Transactions:** Y

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | | Amount | Party/Payee Name | | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line # | Debt Type | | Payee Line # | | Depository Line # | Check Number | | | |
| CTC P031325DMIE217CR0204010017 | 13-Mar-25 | 13-Mar-25 | PR | | 86.54 | DAVID JANKOWSKI | | O | PG06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | | |
| CTC P031325DMIE217CR0204010017 | 13-Mar-25 | 13-Mar-25 | PR | | 213.46 | DAVID JANKOWSKI | | O | PG06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | | |
| CTC MIECCA25-DET150014633 | 19-Mar-25 | 19-Mar-25 | PR | | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | | |
| CTC MIECCA25-DET150014835 | 02-Apr-25 | 02-Apr-25 | PR | | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | | |
| CTC T040225DMIE217CR02040100274 | 02-Apr-25 | 22-Apr-25 | PR | | 3,875.28 | HASSAN HAMDAN | | O | TOP2 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | | |
| CTC MIECCA25-DET150014895 | 09-Apr-25 | 09-Apr-25 | PR | | 1,586.54 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | | |
| CTC MIECCA25-DET150014895 | 09-Apr-25 | 09-Apr-25 | PR | | 3,913.46 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | | |
| CTC B041125DMIE217CR020401001177 | 11-Apr-25 | 11-Apr-25 | PR | | 7.65 | DAVID JANKOWSKI | | O | IP2 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | | |
| CTC B041125DMIE217CR020401001177 | 11-Apr-25 | 11-Apr-25 | PR | | 18.86 | DAVID JANKOWSKI | | O | IP2 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | | |
| CTC MIECCA25-DET150014985 | 16-Apr-25 | 16-Apr-25 | PR | | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | | |
| CTC MIECCA25-DET150015225 | 01-May-25 | 01-May-25 | PR | | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | | |
| CTC MIECCA25-DET150015221 | 01-May-25 | 01-May-25 | PR | | 627.40 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | | |
| CTC MIECCA25-DET150015221 | 01-May-25 | 01-May-25 | PR | | 1,547.60 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | | |
| CTC MIECCA25-DET150015377 | 08-May-25 | 08-May-25 | PR | | 1,586.54 | DAVID JANKOWSKI | | O | 06 | 6855XX |

**U.S. Courts**
**Case Inquiry Report**
Case Num: DMIE217CR020401; Party Num: N/A; Payee Code: N/A

Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line # | Debt Type | | Payee Line # | Depository Line # | Check Number | | | |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA25-DET150015377 | 08-May-25 | 08-May-25 | PR | 3,913.46 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | |
| CTC MIECCA25-DET150015450 | 14-May-25 | 14-May-25 | PR | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA25-DET150015626 | 29-May-25 | 29-May-25 | PR | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA25-DET150015832 | 11-Jun-25 | 11-Jun-25 | PR | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA25-DET150015785 | 11-Jun-25 | 11-Jun-25 | PR | 5,500.00 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | |
| CTC MIECCA25-DET150015995 | 25-Jun-25 | 25-Jun-25 | PR | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CQC MIECCA25-00389 | 02-Jul-25 | 02-Jul-25 | DP | 2,684,161.45 | DAVID JANKOWSKI | | O | 06 | 604700 |
| DMIE217CR020401-001 | 4 | TREASURY REGISTRY | | | 1 | | | | |
| CQC MIECCA25-00389 | 02-Jul-25 | 02-Jul-25 | PR | (778,406.82) | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CQC MIECCA25-00389 | 02-Jul-25 | 02-Jul-25 | PR | (1,905,754.63) | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | |
| SQC MIECCA25-00079 | 02-Jul-25 | 02-Jul-25 | DP | (2,684,161.45) | | | O | TO | 604700 |
| DMIE217CR020401-001 | 4 | TREASURY REGISTRY | | | 1 | | | | |
| SQC MIECCA25-00079 | 02-Jul-25 | 02-Jul-25 | DP | 2,684,161.45 | | | O | 86 | 900000 |
| DMIE217CR020401-001 | 4 | TREASURY REGISTRY | | | 2 | | | | |
| CTC MIECCA25-DET150016157 | 08-Jul-25 | 08-Jul-25 | PR | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA25-DET150016212 | 09-Jul-25 | 09-Jul-25 | PR | 3,913.46 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | |

**U.S. Courts**
**Case Inquiry Report**
Case Num: DMIE217CR020401;   Party Num: N/A;   Payee Code: N/A

Show Party Details: Y;   Show Payee Details: Y;   Show Transactions: Y

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line # | Debt Type | Payee Line # | | Depository Line # | Check Number | | | |
| CTC MIECCA25-DET150016212 | 09-Jul-25 | 09-Jul-25 | PR | 1,586.54 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA25-DET150016310 | 16-Jul-25 | 16-Jul-25 | PR | 3,201.92 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | |
| CTC MIECCA25-DET150016310 | 16-Jul-25 | 16-Jul-25 | PR | 1,298.08 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC B071725DMIE217CR020401001210 | 17-Jul-25 | 17-Jul-25 | PR | 213.46 | DAVID JANKOWSKI | | O | IP2 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | |
| CTC B071725DMIE217CR020401001210 | 17-Jul-25 | 17-Jul-25 | PR | 86.54 | DAVID JANKOWSKI | | O | IP2 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA25-DET150016416 | 31-Jul-25 | 31-Jul-25 | PR | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| SQC MIECCA25-00097 | 05-Aug-25 | 05-Aug-25 | DP | 460,000.00 | | | O | FR | 604700 |
| DMIE217CR020401-001 | 4 | TREASURY REGISTRY | | | 1 | | | | |
| SQC MIECCA25-00097 | 05-Aug-25 | 05-Aug-25 | DP | (460,000.00) | | | O | 96 | 900000 |
| DMIE217CR020401-001 | 4 | TREASURY REGISTRY | | | 2 | | | | |
| CTC MIECCA25-DET150016525 | 05-Aug-25 | 05-Aug-25 | PR | 42,299.80 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA25-DET150016525 | 05-Aug-25 | 05-Aug-25 | PR | 104,339.40 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | |
| PQC MIECCA25-00220 | 05-Aug-25 | 05-Aug-25 | DP | 5.00 | RUBIN FRAMPTON | | O | 03 | 604700 |
| DMIE217CR020401-001 | 4 | TREASURY REGISTRY | 1 | | 1 | 1573843 | | | |
| PQC MIECCA25-00223 | 08-Aug-25 | 08-Aug-25 | DP | 459,995.00 | RUBIN FRAMPTON | | O | 03 | 604700 |
| DMIE217CR020401-001 | 4 | TREASURY REGISTRY | 1 | | 1 | 2053711 | | | |
| CTC MIECCA25-DET150016624 | 11-Aug-25 | 11-Aug-25 | PR | 600.00 | HASSAN HAMDAN | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA25-DET150016659 | 13-Aug-25 | 13-Aug-25 | PR | 488.02 | DAVID JANKOWSKI | | O | 06 | 6855XX |

**U.S. Courts**
**Case Inquiry Report**
**Case Num:** DMIE217CR020401;   **Party Num:** N/A;   **Payee Code:** N/A
**Show Party Details:** Y;   **Show Payee Details:** Y;   **Show Transactions:** Y

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line # | Debt Type | Payee Line # | Depository Line # | Check Number | | | |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA25-DET150016659 | 13-Aug-25 | 13-Aug-25 | PR | 1,203.78 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC MIECCA25-DET150016731 | 19-Aug-25 | 19-Aug-25 | PR | 600.00 | HASSAN HAMDAN | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA25-DET150016734 | 19-Aug-25 | 19-Aug-25 | PR | 1,586.54 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA25-DET150016734 | 19-Aug-25 | 19-Aug-25 | PR | 3,913.46 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC MIECCA25-DET150016959 | 04-Sep-25 | 04-Sep-25 | PR | 600.00 | HASSAN HAMDAN | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA25-DET150017041 | 10-Sep-25 | 10-Sep-25 | PR | 1,476.69 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA25-DET150017041 | 10-Sep-25 | 10-Sep-25 | PR | 3,642.51 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC MIECCA25-DET150017143 | 17-Sep-25 | 17-Sep-25 | PR | 3,913.46 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC MIECCA25-DET150017143 | 17-Sep-25 | 17-Sep-25 | PR | 1,586.54 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA25-DET150017177 | 18-Sep-25 | 18-Sep-25 | PR | 600.00 | HASSAN HAMDAN | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA26-DET150017317 | 01-Oct-25 | 01-Oct-25 | PR | 600.00 | HASSAN HAMDAN | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CQC MIECCA26-00016 | 01-Oct-25 | 07-Oct-25 | PR | (600.00) | HASSAN HAMDAN | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC P100325DMIE217CR02040100213 | 03-Oct-25 | 03-Oct-25 | PR | 600.00 | HASSAN HAMDAN | O | PG06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |

**U.S. Courts**
**Case Inquiry Report**
Case Num: DMIE217CR020401;  Party Num: N/A;  Payee Code: N/A

Show Party Details: Y;  Show Payee Details: Y;  Show Transactions: Y

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line # | Debt Type | Payee Line # | Depository Line # | Check Number | | | |
| CTC MIECCA26-DET150017466 | 08-Oct-25 | 08-Oct-25 | PR | 3,642.51 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC MIECCA26-DET150017466 | 08-Oct-25 | 08-Oct-25 | PR | 1,476.69 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| SQC MIECCA26-00011 | 09-Oct-25 | 09-Oct-25 | DI | 16,141.77 | | O | 86 | 900000 |
| DMIE217CR020401-001 | 4 | TREASURY REGISTRY | | 2 | | | | |
| SQC MIECCA26-00012 | 09-Oct-25 | 09-Oct-25 | DP | 2,224,161.45 | | O | FR | 604700 |
| DMIE217CR020401-001 | 4 | TREASURY REGISTRY | | 1 | | | | |
| SQC MIECCA26-00012 | 09-Oct-25 | 09-Oct-25 | DI | (16,141.77) | | O | 96 | 900000 |
| DMIE217CR020401-001 | 4 | TREASURY REGISTRY | | 2 | | | | |
| SQC MIECCA26-00012 | 09-Oct-25 | 09-Oct-25 | DP | (2,224,161.45) | | O | 96 | 900000 |
| DMIE217CR020401-001 | 4 | TREASURY REGISTRY | | 2 | | | | |
| SQC MIECCA26-00012 | 09-Oct-25 | 09-Oct-25 | DI | 16,141.77 | | O | FR | 604700 |
| DMIE217CR020401-001 | 4 | TREASURY REGISTRY | | 1 | | | | |
| IPQ MIECCA26-00004 | 10-Oct-25 | | DP | 2,224,161.45 | US MARSHAL SERVICE ASSET FORFEITURE DIVISION | O | 03 | 604700 |
| DMIE217CR020401-001 | 4 | TREASURY REGISTRY | 2 | 1 | | | | |
| IPQ MIECCA26-00004 | 10-Oct-25 | | DI | 16,141.77 | US MARSHAL SERVICE ASSET FORFEITURE DIVISION | O | 03 | 604700 |
| DMIE217CR020401-001 | 4 | TREASURY REGISTRY | 2 | 1 | | | | |
| CTC MIECCA26-DET150017519 | 15-Oct-25 | 15-Oct-25 | PR | 1,903.12 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA26-DET150017519 | 15-Oct-25 | 15-Oct-25 | PR | 4,694.35 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC MIECCA26-DET150017541 | 15-Oct-25 | 15-Oct-25 | PR | 1,586.54 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA26-DET150017541 | 15-Oct-25 | 15-Oct-25 | PR | 3,913.46 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |

2/13/2026 10:15:00

**U.S. Courts**
**Case Inquiry Report**
**Case Num:** DMIE217CR020401;   **Party Num:** N/A;   **Payee Code:** N/A

**Show Party Details:** Y;   **Show Payee Details:** Y;   **Show Transactions:** Y

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line # | Debt Type | Payee Line # | | Depository Line # | Check Number | | |
| CTC MIECCA26-DET150017580 | 16-Oct-25 | 16-Oct-25 | PR | 755.00 | HASSAN HAMDAN | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC P101725DMIE217CR0204010029 | 17-Oct-25 | 17-Oct-25 | PR | 600.00 | HASSAN HAMDAN | O | PG06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC B102725DMIE217CR020401001191 | 27-Oct-25 | 27-Oct-25 | PR | 213.46 | DAVID JANKOWSKI | O | IP2 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC B102725DMIE217CR020401001191 | 27-Oct-25 | 27-Oct-25 | PR | 86.54 | DAVID JANKOWSKI | O | IP2 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC P110125DMIE217CR0204010029 | 01-Nov-25 | 01-Nov-25 | PR | 600.00 | HASSAN HAMDAN | O | PG06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA26-DET150017868 | 06-Nov-25 | 06-Nov-25 | PR | 1,586.54 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA26-DET150017868 | 06-Nov-25 | 06-Nov-25 | PR | 3,913.46 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC MIECCA26-DET150017936 | 12-Nov-25 | 12-Nov-25 | PR | 1,476.69 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA26-DET150017936 | 12-Nov-25 | 12-Nov-25 | PR | 3,642.51 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC P111425DMIE217CR02040100214 | 14-Nov-25 | 14-Nov-25 | PR | 600.00 | HASSAN HAMDAN | O | PG06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC P112825DMIE217CR0204010021 | 28-Nov-25 | 28-Nov-25 | PR | 600.00 | HASSAN HAMDAN | O | PG06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA26-DET150018273 | 08-Dec-25 | 08-Dec-25 | PR | 1,476.69 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | |
| CTC MIECCA26-DET150018273 | 08-Dec-25 | 08-Dec-25 | PR | 3,642.51 | DAVID JANKOWSKI | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | |
| CTC MIECCA26-DET150018305 | 10-Dec-25 | 10-Dec-25 | PR | 1,586.54 | DAVID JANKOWSKI | O | 06 | 6855XX |

**U.S. Courts**
**Case Inquiry Report**
**Case Num:** DMIE217CR020401;  **Party Num:** N/A;  **Payee Code:** N/A

**Show Party Details:** Y;  **Show Payee Details:** Y;  **Show Transactions:** Y

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line # | Debt Type | Payee Line # | | Depository Line # | Check Number | | | |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA26-DET150018305 | 10-Dec-25 | 10-Dec-25 | PR | 3,913.46 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | |
| CTC P121125DMIE217CR0204010018 | 11-Dec-25 | 11-Dec-25 | PR | 88.94 | DAVID JANKOWSKI | | O | PG06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | |
| CTC P121125DMIE217CR0204010018 | 11-Dec-25 | 11-Dec-25 | PR | 36.06 | DAVID JANKOWSKI | | O | PG06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC P121225DMIE217CR0204010023 | 12-Dec-25 | 12-Dec-25 | PR | 600.00 | HASSAN HAMDAN | | O | PG06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC P122625DMIE217CR0204010028 | 26-Dec-25 | 26-Dec-25 | PR | 600.00 | HASSAN HAMDAN | | O | PG06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CQC MIECCA26-00098 | 07-Jan-26 | 07-Jan-26 | PR | 14,628.27 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | |
| CQC MIECCA26-00098 | 07-Jan-26 | 07-Jan-26 | PR | 5,974.93 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA26-DET150018742 | 09-Jan-26 | 09-Jan-26 | PR | 1,476.69 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA26-DET150018742 | 09-Jan-26 | 09-Jan-26 | PR | 3,642.51 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | |
| CTC P010926DMIE217CR02040100210 | 09-Jan-26 | 09-Jan-26 | PR | 600.00 | HASSAN HAMDAN | | O | PG06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC MIECCA26-DET150018763 | 12-Jan-26 | 12-Jan-26 | PR | 8,182.69 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | |
| CTC MIECCA26-DET150018763 | 12-Jan-26 | 12-Jan-26 | PR | 3,317.31 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | |
| CTC B011526DMIE217CR020401001171 | 15-Jan-26 | 15-Jan-26 | PR | 132.69 | DAVID JANKOWSKI | | O | IP2 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | |

**U.S. Courts**
**Case Inquiry Report**

**Case Num:** DMIE217CR020401;   **Party Num:** N/A;   **Payee Code:** N/A

**Show Party Details:** Y;   **Show Payee Details:** Y;   **Show Transactions:** Y

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | | Amount | Party/Payee Name | | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|
| **Account Number** | **Debt Type Line #** | **Debt Type** | | **Payee Line #** | | **Depository Line #** | **Check Number** | | | |
| CTC B01526DMIE217CR020401001171 | 15-Jan-26 | 15-Jan-26 | PR | | 53.80 | DAVID JANKOWSKI | | O | IP2 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | | |
| CTC MIECCA26-DET150018907 | 22-Jan-26 | 22-Jan-26 | PR | | 3,832.04 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | | |
| CTC MIECCA26-DET150018907 | 22-Jan-26 | 22-Jan-26 | PR | | 9,452.36 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | | |
| CTC P012326DMIE217CR0204010024 | 23-Jan-26 | 23-Jan-26 | PR | | 600.00 | HASSAN HAMDAN | | O | PG06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | | |
| CTC MIECCA26-DET150019142 | 06-Feb-26 | 06-Feb-26 | PR | | 3,642.51 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | | |
| CTC MIECCA26-DET150019142 | 06-Feb-26 | 06-Feb-26 | PR | | 1,476.69 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | | |
| CTC P020626DMIE217CR020401100211 | 06-Feb-26 | 06-Feb-26 | PR | | 600.00 | HASSAN HAMDAN | | O | PG06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | | |
| CTC MIECCA26-DET150019151 | 09-Feb-26 | 09-Feb-26 | PR | | 1,586.54 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-A | | FEDERAL J&S RESTITUTION | | | | | | | | |
| CTC MIECCA26-DET150019151 | 09-Feb-26 | 09-Feb-26 | PR | | 3,913.46 | DAVID JANKOWSKI | | O | 06 | 6855XX |
| DMIE217CR020401-001 | 3 | FEDERAL RESTITUTION | | | | | | | | |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CQC | Cash Receipt - Courts CCA Manual |
| CTC | Cash Receipt - Courts CCA Automated |
| IPQ | SF224 IPAC Payment Sent CCAM |
| IPT | SF224 IPAC Payment Sent - CCAM Automated |
| PQC | General Payment Voucher - CCAM Manual |
| SQC | Standard Voucher -Courts CCA |